# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00115    Recorder: CS 04/07/2023    Date: 04/07/2023

Present: The Honorable Margo A. Rocconi, U.S. Magistrate Judge

Court Clerk: Valierie Velasco                Assistant U.S. Attorney: Alexander Schwab

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| CARRIE L. TOLSTEDT BOND-PRESENT | ENU MAINIGI RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge Josephine L. Staton.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/30/2023 at 9:00 AM
    Status Conference 5/19/2023 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact the Judge's CRD Valencia Vallery ar (213) 894-0189 to set dates for the change of plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: VV by CGM